Cite as: 572 U. S. ____ (2014)
ALITO, J., dissenting

# SUPREME COURT OF THE UNITED STATES

JEFFREY BEARD, SECRETARY, CALIFORNIA
DEPARTMENT OF CORRECTIONS AND
REHABILITATION, PETITIONER *v.*
GILBERT R. AGUILAR

ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED
STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

No. 13–677.   Decided May 5, 2014

The petition for a writ of certiorari is denied.

JUSTICE ALITO, with whom JUSTICE SCALIA joins, dissenting from the denial of certiorari.

I dissent from the Court's decision to deny certiorari. See *Tolan* v. *Cotton*, *ante,* p. ___ (ALITO, J., concurring in the judgment).